UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

JAVIER MONGE,

                       Plaintiff,

vs.

405 Hotel LLC

                       Defendant.

---------------------------------------------------------------- x

Index No: 19-cv-0451 (SJF)

**Affidavit of Plaintiff Javier Monge**

**I, Javier Monge, hereby affirm as follows:**

1. I am the Plaintiff in this case. I am submitting this Affidavit in support of my case against the Long Beach Hotel, requesting that it improve its hotel website so that I can reserve an accessible room on-line and ascertain wheelchair accessible features of the Hotel.

2. In the winter of 2018, my girlfriend and I began looking at hotels on the beach and other areas to plan a vacation over the spring and summer. I have always liked Long Beach since it has a fully accessible boardwalk, enabling me to take long "walks on the beach" so to speak. The other hotels in Long Beach are very expensive. We also looked at some hotels in Montauk, which I also like for a longer trip. My girlfriend was very interested in some other historic inns in Long Island that looked very romantic and nice for a long weekend.

3. The Long Beach Hotel is a perfect choice because it is not too expensive, is close to the boardwalk, and is close to lots of restaurants. Unfortunately, the website did not (and still does not) allow me to reserve an accessible room in the same manner as

those seeking a regular room. It also did not (but now does to some extent) provide information regarding accessible and inaccessible features of the Hotel. Also, although the Hotel is listed on all the third-party sites, such as Hotels.com, no information whatsoever is provided regarding accessibility on those websites. I often like to look on those sites because you can get special deals.

4. I would like to be able to gain the information I need and book an accessible room to determine whether I can stay there.

5. I would like to stay at the Long Beach Hotel and return every summer – my summer beach getaway, as I am fond of the area and it is not too far away or expensive. I have been searching for a place to stay regularly that provides the accessibility that I need.

6. As it turns out, none of the hotels we looked at provided any information about accessibility features, nor did they allow us to reserve an accessible room on-line like everybody else. Revealed during the cases, many of the hotels did not have accessible rooms to begin with. Some of the hotels requested that they be given an opportunity to provide them *before* making changes to the website so as not to give false information or advertise that the hotel was not accessible. I generally agreed to these requests.

7. I also called the Long Beach Hotel on the phone but the reservation agent did not even understand what I was asking her.

8. I have been confined to my home since March – doctor's orders. The court should be pleased to know that, since I have not left my house, I have not brought any new cases in a while. I believe I will be confined to my home for the foreseeable future.

9. Regarding the many scheduled court conferences, I was prepared to attend each and every one of them. My attorney repeatedly informed me of the dates, and then had to cancel one after the other because the Hotel did not have an attorney to appear. It is very disturbing to me that the Hotel (and the Court) is accusing me of failing to appear at scheduled conferences, when it is my understanding that it was entirely their fault.

10. In any event, I intend to visit the Long Beach Hotel website again in order to make a reservation, and hope to stay there as soon as I am able, so that I may finally take that "long walk on the beach."

Dated: July 29, 2020
Bronx, New York

Respectfully submitted,

_Javier Monge_
Javier Monge

**USE ACKNOWLEDGEMENT FORM BELOW WITHIN NEW YORK STATE ONLY:**

State of New York,
County of Bronx                ) ss.:

On the __29th__ of __July__, 2020, before me, the undersigned, personally appeared

_____JAVIER MONGE_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

Notary Public

ALAN HIRSCH
Notary Public State of New York
No. 01HI6095704
Qualified in New York County
Commission Expires 07/14/2023